**EXHIBIT A**

**Illinois Stores**

**Algonquin-#8211-1450 Algonquin Road Algonquin, IL 60102 – Closed 08/23/10**
Mr. Peter Andriopoulos
1450 Algonquin LLC
2340 N. Farnsworth Ave.
Aurora, IL 60053

**Lansing -#1421-17350 Torrence Ave Lansing, IL 60438- Closed 01/20/2008**

| | |
|---|---|
| Bank Financial FSB | Crowley & Lamb, P.C. |
| 15W060 North Frontage Road | William J. Hurley, III |
| Burr Ridge, IL 60527 | 350 N. LaSalle Street, Ste. 900 |
| | Chicago, IL 60654 |

**Crestwood-#6418-13601 South Cicero Ave Crestwood, IL 60445 – Closed 05/09/2010**

| | |
|---|---|
| Mr. John Malfas | Chicago Title & Trust Co., Trustee Under |
| 5011 West 121st Street | Trust Agreement Dated 8/6/79 and Known |
| Alsip, IL 60803 | as Trust No. 1075573 |
| | Attn. Mr. John Malfas |
| Goldrick & Goldrick, Ltd. | 3435 W. 111th Street |
| Attn. Michael J. Goldrick, Esq. | Chicago, IL 60655 |
| 10829 S. Western Ave., Suite B2 | |
| Chicago, IL 60643 | |

**Wheeling-#1250-34 N. Elmhurst Road Wheeling, IL 60090 – Closed 04/28/2010**
Mr. Christ Frangos and Helen Frangos
5221 Washington Street
Skokie, IL 60077

**Riverboat-#7932-1422 Riverboat Center Drive Joliet, IL 60431-Closed 03/24/2010**
Mr. Chris Nicholopoulos
H.I.P. LLC
8901 N. Oleander
Morton Grove, IL 60053

**Richton Park-#1422 -22230 Governor's Hwy Richton Park, IL 60471-Closed 06/25/2009**
Mr. Norm Lynn
ND Management Company, Inc.
P.O. Box 1675
Highland Park, IL 60035

1

**Elk Grove** – **#7036-1551 Busse Road Elk Grove Village, IL 60007-Closed 03/25/2010**
Mr. John Pontarelli, Property Manager
RJP Properties, LLC
7001 West Higgins Road
Chicago, IL 60636

**Homewood-#955-17725 Halstead Street Homewood, IL 60430 – Closed 05/06/2010**
Ms. Marcy Shiner-Edidin
Shiner Management Group, Inc., Agent for
BSG Homewood, LLC
3201 Old Glenview Rd., Suite 301
Wilmette, IL 60091

**Des Plaines-#218-1560 Lee Street Des Plaines, IL 60018 – Closed 03/24/2010**
Mr. Vasilios & Ms. Petroula Katsikaris
1644 Sycamore
Des Plaines, IL 60018

**Illinois Lots**

**Montgomery-Lot 13 Blackberry Creek Shopping Center**
Millco-Blackberry Creek, LLC
19 S. LaSalle St., Suite 1000
Chicago, IL 60603

**Sugar Grove-Lot 9 Sugar Grove Center, Sugar Grove, IL**
Millco-Lot 9 Sugar Grove LLC
19 S. LaSalle St., Suite 1000
Chicago, IL 60603

**Indiana**

**South Hammond-#110-7343 Indianapolis Blvd Hammond, IN 46324-Closed 08/29/10**
Mr. Vasilios & Ms. Petroula Katsikaris
1644 Sycamore
Des Plaines, IL 60018

**Texas**

**Indiana-#1485-3215 50ht Street Lubbock, TX 79413- Closed 06/28/2009**
Patrick W Madden Profit Sharing Plan
P.O. Box 12128
Lexington, KY 40580

**Louisiana**

**Clearview-#5529-845 S. Clearview Pkwy, Jefferson, LA 70121 – Closed 10/1/2010**

| | |
|---|---|
| Lauricella Land Company | Specialty Food Systems, Inc. |
| 1200 South Clearview Parkway | P.O. Box 1506 |
| Suite 1166 | Mandeville, LA 70470 |
| Harahan, LA 70123 | |

4852-6253-9527, v. 1