UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | |
| MIRACLE RESTAURANT GROUP, | * | CASE NO. 10-13385 |
| LLC, | * | SECTION "B" |
| DEBTOR | * | CHAPTER 11 |

* * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the *Notice of Bar Date* as well as a Proof of Claim (Form B-10) were sent to the parties on the attached Exhibit "A" by placing same in the United States First Class mail, postage prepaid and properly addressed on the 23rd day of November, 2010.

CLARITY LITIGATION OF NEW ORLEANS

By: /s/ Robert W. Fenasci

Rob Fenasci
Account Executive
3475 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 304-0591
Telecopier: (504) 304-3589

4819-6617-0376, v. 1