Label Matrix for local noticing
053L-2
Case 10-13385
Eastern District of Louisiana
New Orleans
Mon Nov 22 13:56:36 CST 2010

APA Service Corporation
c/o Donna Bramlett Wood
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002-3728

Arby's Restaurant Group, Inc.
c/o Donna Bramlett Wood
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002-3728

City of Alexandria, Louisiana
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199

Cleco Corporation
Wheelis & Rozanski
c/o Stephen D. Wheelis
P.O. Box 13199
Alexandria, LA 71315-3199

Miracle Restaurant Group, L.L.C.
100 Mariner's Boulevard
Suite 8
Mandeville, LA 70448-6896

Trilogy Properties, LLC
206 San Gabriel Ln
Placentia, CA 92870-6221

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130-3319

1331 West Golf Road, LLC
Attn: Basil Tsapralis
526 South Wilke Road
Palatine, IL 60074-7622

1450 Algonquin, LLC
2340 N Farnsworth Avenue
Aurora, IL 60502-9730

2101 CALUMET LLC
ATTN MARIA AND GEORGE PAPPAS
2108 W LAWRENCE LANE
MOUNT PROSPECT, IL 60056-3534

2307 Jefferson, LLC
c/o Margaret Decristofaro
8 West Packsaddle Road
Rolling Hills, CA 90274-5239

3RX, LLC
East Side Professional Bldg.
1304 N Academy Blvd.
Suite 201
Colorado Springs, CO 80909-3318

700 West Lincoln Highway, LLC
Hyde Park Bank -Mail Deposit
1525 East 53rd Street
Chicago, IL 60615-4557

8180 Mississippi, LLC
c/o Millco Investments Company
19 S LaSalle Street
Suite 1000
Chicago, IL 60603-1424

A-1 AC Champion Cooling & Cutting, LLC
499 Lower Ovett Road
Ovett, MS 39464-3409

A-1 Signs, Inc.
3950 Metropolitan Street
New Orleans, LA 70126-5443

AAA Lock & Key, Inc.
Security Center
1730 Waukegan Road
Glenview, IL 60025-2110

ABC Burglar & Fire Alarm Co.
4745 Broadway
Gary, IN 46409-2403

ABRAXAS K MUIR
3608 SE 31ST STREET
AMARILLO TX 79103-6707

ABS & Taylor Ent.
7742 West 99th Street
Hickory Hills, IL 60457-2328

ADT Security Services
14200 E Exposition Ave.
Aurora, CO 80012-2540

ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250-7967

AFA Service Corporation
1155 Perimeter Center West
Atlanta, GA 30338-5463

AFA Service Corporation
1155 Perimeter Center West
Atlanta, GA 30338-5463

AFA Service Corporation
PO Box 830951
Charlotte, NC 28289-0951

AFA, Inc. d/b/a AAA Fire
PO Box 3604
Lubbock, TX 79452-3604

AMERICAN LAWN CORP.
16821 VINCENNES AVE.
SOUTH HOLLAND IL 60473-2806

ARC Distributors
100 Frontier Way
Bensenville, IL 60106-1124

ASC Mechanical
8926 N Greenwood
Suite 176
Niles, IL 60714-5163

**EXHIBIT**

"A"

AT&T
PO Box 8100
Aurora, IL 60507-8100

AT&T-All in One Service
PO Box 10568
Atlanta, GA 30348

ATMOS ENERGY CORPORATION
PO BOX 650205
DALLAS TX 75265-0205

ATTENTION: HUGH P. HARLAN
LAW OFFICES OF EUGENE PROPP
19 SOUTH LASALLE STREET, STE 1300
CHICAGO, IL 60603-1406

ATTN: COUNSEL/WESTGATE MALL
HINSHAW & CULBERTSON LLP
100 PARK AVENUE
ROCKFORD, IL 61101-1099

AUTO-CHLOR SYSTEM OF DENVER
5650 PECOS ST
DENVER CO 80221-6641

Academy Safe & Lock Service
4865-B N Academy Blvd.
Colorado Springs, CO 80918-4110

Acadian Hydro-Tunnelers Co., Inc.
28 W 27th Street
Kenner, LA 70062-4873

Accurate Irrigation, Inc.
17031 Ozark Avenue
Tinley Park, IL 60477-2499

Acme Plumbing Heating Sewer & Drain
PO Box 49351
Colorado Springs, CO 80949-9351

Action Fire Equipment, Inc.
PO Box 515
Lansing, IL 60438-0515

Action Mechanical, Inc.
PO Box 19065
Amarillo, TX 79114-1065

Advanced Refrigeration
PO Box 66
Wolfforth, TX 79382-0066

Advanced Refrigeration Heating &
Air Conditioning
1422 20th Lane
Pueblo, CO 81006-1631

Air Control Specialties
240 North Ridge Road
Soso, MS 39480-5185

Air Filter Heating & Cooling
4070 Adams Street
Gary, IN 46408-2898

Air One Heating & Cooling, Inc.
1608 Stanford Avenue
Metairie, LA 70003-2251

Air Temperature Control
13156 Sheridan Avenue
Blue Island, IL 60406-2354

Alarming Solutions, LLC
17027 Pembroke Avenue
Tinley Park, IL 60477-2496

Alert Alarm, Inc.
PO Box 11437
Merrillville, IN 46411-1437

Alexian Brothers Corporate Health Svcs.
1515 Lake Street
Suite 206
Hanover Park, IL 60133-7152

Alicia Muench
641 Lake Plumleigh Way
Algonquin, IL 60102-5017

All About Signs & Graphics, LLC
2100 US Route 41
unit 2
Schererville, IN 46375-3077

All Pro Electric, Inc.
4N240 Calvary Drive
Suite D
Bloomingdale, IL 60108-2301

All Seasons Property Care, Inc.
PO Box 93783
Lubbock, TX 79493-3783

All Tech Electrical Construction Company
4645 West 138th Street
Crestwood, IL 60445-1930

All-American Publishing
PO Box 8867
Boise, ID 83707-2867

All-Temp Refrigeration, Inc.
271 Highway 1085
Madisonville, LA 70447-3307

Allen's Tri-State Mechanical, Inc.
404 S Hayden
Amarillo, TX 79101-1124

Alliance Mechanical
100 Frontier Way
Bensenvillle , IL 60106-1124

Allied Waste Services #991 Hattiesburg
PO Box 9001099
Louisville, KY 40290-1099

Alpha Baking Company
5001 W Polk Street
Chicago, IL 60644-5249

American Express Establishment Services
PO Box 53852
Phoenix, AZ 85072-3852

American Litho
160 East Elk Trail
Department 4106
Carol Stream, IL 60188-9300

American Sign Maintenance
A Brightway Company
PO Box 1027
Hahnville, LA 70057-1027

Americare-Hygiene & Supply
225 Laura Drive
Unit A
Addison, IL 60101-5017

Ametek Dixson
PO Box 90255
Chicago, IL 60696-0255

Anderson Pest Solutions
501 W Lake Street
Suite 204
Elmhurst, IL 60126-1419

Andy Parashos
2700 Crestwood Lane
Riverwoods, IL 60015-1936

Ann Haley
9270 Emerald Vista Drivev
Elk Grove, CA 95624-2838

Arby's Chicago ADI Advertising
Association c/o Lunan Corp.
414 North Orleans
Suite 402
Chicago, IL 60654-4461

Arby's Franchise Trust
1155 Perimeter Center West
Atlanta, GA 30338-5463

Arby's Franchise Trust
1155 Permimeter Center West
Atlanta, GA 30338-5463

Arby's Franchise Trust
PO Box 840074
Dallas, TX 75284-0074

Armadillo Service Co., Inc.
PO Box 7983
Amarillo, TX 79114-7983

Arturo Rodrigues d/b/a
Rodriguez Carpet Cleaning
169 S Commonwealth Avenue
Elgin, IL 60123-6163

Associated Sewer & Plumbing Service
PO Box 4141
Hammond, IN 46324-0141

Assurant Employee Benefits
PO Box 806644-1
Kansas City, MO 64180-0001

Athena Glass Co.
6521 Commercial Road
Crystal Lake, IL 60014-7949

Atmos Energy
PO Box 790311
Saint Louis, MO 63179-0311

Avtel Technologies, Inc.
PO Box 107
Amarillo, TX 79105-0107

B&B Developers, LLC
PO Box 8327
Laurel, MS 39441

B&J Produce Co.
PO Box 32383
Amarillo, TX 79120-2383

BEYER LAWN & LANDSCAPE
5403 27TH STREET
LUBBOCK TX 79407-3401

BOSE MCKINNEY & EVANS LLP
111 MONUMENT CIRCLE, SUITE 2700
INDIANAPOLIS, INDIANA 46204-5120
ATTENTION: ROBERT E. INVEISS

BOWMAN, HEINTZ, BOSCIA AND VICIAN, PC
8605 BROADWAY
MERRIVILLE IN 46410-5598

BPS Products, Inc.
761 Beta Drive
Unit U
Cleveland, OH 44143-2329

BRIAN ROSE
4N105 NILES AVENUE
ADDISON IL 60101-2971

BSG Homewood, LLC
c/o Shiner Management Group
3201 Old Glenview Road
Suite 301
Wilmette, IL 60091-2992

Babcock, Brown, Greenfield HLDG
d/b/a Amarillo Mall, LLC
PO Box 933881
Atlanta, GA 31193-3881

Bank of America Merchant Services
PO Box 6700
Hagerstown, MD 21742

Barry O. Andalman d/b/a
64 Belle Helene Drive
Destrehan, LA 70047-2527

Beltram Edge Tool Supply, Inc. d/b/a
Beltram Food Service Group
6800 North Florida Avenue
Tampa, FL 33604-5558

Berkel Midwest Sales & Service
4900 W 128th Place
Alsip, IL 60803-3012

Better Beverage Service
4164 Austin Bluffs Pkwy
Suite 207
Colorado Springs, co 80918-2928

Bezac Equipment Co.
3721 Mahoning Avenue
Youngstown, OH 44515-3047

Bill Johnson
d/b/a Vega Greenhouse
11719 Fewell Trail
Amarillo, TX 79119-5845

Bimbo Bakeries USA
d/b/a Mrs. Bairds Bakeries
PO Box 846243
Dallas, TX 75284-6243

Birchwood Resultants, LLC
1006 North Bowen Road
Suite 207
Arlington, TX 76012-2868

Black Hills Energy
PO Box 3407
Omaha, NE 68103-0407

Blackberry Creek Property Owners
Association, LLC clo McVickers Dev.
2800 W Higgins Road
Suite 650
Hoffman Estates, IL 60169-7268

Blade Uniforms & Promotions
4390 Interstate Drive
Macon, GA 31210-6807

Bochnowski Appraisal Co.
8152 Kennedy Avenue
Highland, IN 46322-1129

Bolton Gist Construction Service, Inc.
2205 NW 3rd Avenue
Amarillo, TX 79106-7713

Brandy Lane
253 Yellow Pine Drive
Bolingbrook, IL 60440-1748

Brandy's Lock & Key Shop
1201 Calumet
Valparaiso, IN 46383-3628

Brother and Sister Enterprises
Attn: Michael Nigro
1109 North Delphia
Park Ridge, IL 60068-2061

Brown Bottling Group, Inc.
PO Box 3186
Ridgeland, MS 39158-3186

Bryan's United Air Conditioning
1615 LeBouef Street
Gretna, LA 70053-3336

CHARLES R. GRYLL, LTD
ATTORNEY AT LAW
6703 NORTH CICERO AVENUE
LINCOLNWOOD, IL 60712-3302

CHI-CO, INC.
1915 E. MOUNTAIN LAUREL CIRCLE
HIGHLANDS RANCH, CO 80126-2819

CMW Welding, Inc.
2504 Westward Drive
Spring Grove, IL 60081-8852

COWART'S PRESSURE CLEANING
8723 CR 7630
WOLFFORTH TX 79382-4751

CSI Group North, Inc.
26425 Admiral Place
Catoosa, OK 74015-5616

CST Corporation
269 E Hellen Road
Palatine, IL 60067
CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CST of Chicago Corp.
dba CST Corporation
Attn: John Presto
269 E. Hellen Road
Palatine, IL 60067-6954

Carmelos Landscaping
PO Box 1125
Wheeling, IL 60090-8125

Carpet Medics, LLC
PO Box 1261
Purvis, MS 39475-1261

Carpet Solutions of Texas
7611 Woodrow Road
Wolfforth, TX 79382-4901

Carpet Tech, LTD
6613 19th Street
Lubbock, TX 79407-1303

Ceiling Pro Northwest, Inc.
780 W Army Trail Road
Suite 299
Carol Stream, IL 60188-9297

Centerpoint Energy
PO Box 4981
Houston, TX 77210-4981

Chicago Backflow, Inc.
Attn: Corporate Office
12607 S Laramie Avenue
Alsip, IL 60803-3225

Chicagoland Restaurant Equipment
Service, Inc.
1400 Hull
Westchester, IL 60154-3607

Chilly Wind, Inc. d/b/a
Ames Refrigeration
1524 Grand Avenue
Waukegan, IL 60085-3604

Choicepoint Services, Inc.
PO Box 105186
Atlanta, GA 30348-5186

Chris Nicholopoulos
8901 Oleander
Morton Grove, IL 60053-1921

Christensen's Electrical Service
1901 FM 41
Lubbock, TX 79423-6802

Circle R Mechanical, Inc.
6620 Shepherd Avenue
Portage, IN 46368-6400

Citibank South Dakota NA
DBA
4740 121st St
Urbandale, IA 50323-2402

City Blueprints & Supply Co.
1755 Highway 190
Bay A - Tanglewood Plaza
Mandeville, LA 70448-3584

City of Amarillo
Utility Building Department
PO Box 100
Amarillo, TX 79105-0100

City of Crystal Lake
P O Box 597
Crystal Lake, IL 60039-0597

City of Crystal Lake
PO Box 1139
Crystal Lake, IL 60039-1139

City of Elgin
150 Dexter Ct.
Elgin, IL 60120-5555

City of Elmhurst
209 North York Street
Elmhurst, IL 60126-2755

City of Hattiesburg
Tax Department
PO Box 1898
Hattiesburg, MS 39403-1898

City of Hattiesburg
Water Billing Office
PO Box 1897
Hattiesburg, MS 39403-1897

City of Joliet
Business License Inspector
150 West Jefferson Street
Joliet, IL 60432-4148

City of Joliet Municipal Services
150 West Jefferson Street
Joliet, IL 60432-4158
City of Laurel
City Clerk's Office
PO Box 647

City of Laurel Public Utility
401 Fifth Avenue
Laurel, MS 39440-3911

City of McHenry
333 S Green Street
McHenry, IL 60050-5495

City of North Chicago
Comptrollers Dept-P&B Tax
1850 Lewis Avenue
North Chicago, IL 60064-2050

City of Rolling Meadows
3600 Kirchoff Road
Rolling Meadows, IL 60008-2498

City of Rolling Meadows
PO Box 87318
Carol Stream, IL 60188-7318

Clarence Smith d/b/a Action Kleen
141 N Candlewood Drive
Pueblo, CO 81007-6538

Clark Brothers Construction
712 Hillcrest Drive
Laurel, MS 39440-3726

Cleco Corporation
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199

Cleco Power LLC
2030 Donahue Ferry Rd
Pineville, LA 71360-5226

Cleco Power, LLC
PO Box 69000
Alexandria, LA 71306-9000

Collette & Ano Plumbing Co., Inc.
822 Pickard Avenue
Antioch, IL 60002-1308

Colorado Springs, LLC
c/o Peggy Musto
PO Box 900107
San Diego, CA 92190-0107

ComEd
Bill Payment Center
509 N Dearborn Street
Chicago, IL 60668-0001

Comcast
PO Box 37601
Philadelphia, PA 19101-0601

Comdata Stored Value Solutions, Inc.
Lockbox 3802
3802 Reliable Parkway
Chicago, IL 60686-0001

Commercial Electronics
3421 Hollenberg Drive
Bridgeton, MO 63044-2406

Commercial Management, Inc.
200 Mariner's Plaza
Mandeville, LA 70448-4795

Commonwealth Edison Co.
Attn: Bankruptcy Section
Oakbrook Terrace, IL 60181

Community Coffee Co., LLC
PO Box 60141
New Orleans, LA 70160-0141

Construction Services
5401 Acuff Road
Lubbock, TX 79403
Continental Electric Company
PO Box 2710
Gary, IN 46403-0710

Cook County Treasurer
PO Box 4488
Carol Stream, IL 60197-4488

Copesan
PO Box 1170
Milwaukee, WI 53201-1170

Corporate Safe Specialists
1182 Payshere Circle
Chicago, IL 60674-0001

Corporate Safe Specialists
14800 McKinley
Posen, IL 60469-1547

County Line Electric, Inc.
5109 82nd Street #7
PMD 185
Lubbock, TX 79424-3000

County Treasurer -Porter County
155 Indiana Avenue
Valparaiso, IN 46383-5502

Covad Communications
Department 33408
PO Box 39000
San Francisco, CA 94139-0001

Crystal 'Rene' Boling
5691 Dove Dare Avenue
Portage, IN 46368-3142

Culver Roofing, Inc.
4050 West 4th Avenue
Gary, IN 46406-1718

D.C. Plumbing, Inc.
PO Box 1029
Lockport, IL 60441-1929

DB REAL ESTATE ASSETS I
130 ROYALL STREET
CANTON, MASSACHUSETTS 02021-1010

DB REAL ESTATE ASSETS II
130 ROYALL STREET
CANTON, MASSACHUSETTS 02021-1010

DEBORAH CHODOS
ATTORNEY AT LAW
12400 WILSHIRE BLVD, SUITE 400
LOS ANGELES, CA 90025-1030

DH RESTAURANT GROUP, LLC
7597 EAST US HIGHWAY 36
AVON, INDIANA 46123-7171

DR PEPPER/SEVEN UP, INC.
5301 LEGACY DRIVE
PLANO, TEXAS 75024-3109

DUNKIN DONUTS FRANCHISING, LLC
130 ROYALL STREET
CANTON, MASSACHUSETTS 02021-1010

DUPAGE COUNTY COLLECTOR
PO BOX 4203
CAROL STREAM, IL 60197-4203

Darling International, Inc.
PO Box 671401
Dallas, TX 75267-1401

Dataworks, LLC
D/B/A Red Book Solutions
4550 S Windmere Street
Englewood, CO 80110-5541

Daydots
24198 Network Place
Chicago, 1L 60673-0001

Dell Business District
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Dempster-Halem Venture
c/o George Annes
134 N LaSalle Street
Suite 1206
Chicago, IL 60602-1017

Dennis Lamothe
15 Shawnee
Graeagle, CA 96103

Dervey Distributing Co.
d/b/a Taylor of the Rockies
PO Box 90
Salt Lake City, UT 84110-0090

Discover Network
PO Box 52145
Phoenix, AZ 85072-2145

Dixie Electric Power
PO Box 88
Laurel, MS 39441-0088

Doctor Pipe, Inc.
PO Box 718
Saint Rose, LA 70087-0718

Donald Henderson
1350 North Bell
Chicago, IL 60622-3033

Door Systems of Alsip
Attn: Fred Lewis
751 Expressway Drive
Itasca, IL 60143-1369

Ducts Unlimited d/b/a Facilitec Central
3851 Clearview Court
Gurnee, IL 60031-1247

EDCO Environmental Services, Inc.
10769 Broadway
Suite B103
Crown Point, IN 46307-7310

EDWARD INSTALLER WVC,
325 S WHEELING AVENUE
WHEELING IL 60090-4952

ERC Parts, Inc.
4001 Cobb International Blvd.
Kennesaw, GA 30152-4374

Edna Moody
360 Quinobequin Road
Newton, MA 02468-2104

Edward Sununers
6043 West Robin Lane
Glendale, AZ 85310-5726

Electrical Service Solutions
3228 Kenwood Street
Hammond, IN 46323-1235

Electronic Security Systems of Texas Inc
920 W 7th Street
Amarillo, TX 79101-2002

Elizabeth Gale Leigeber
422 Kristine's Way
Harleysville, PA 19438-2543

Employee Based Systems
11852 Shaffer Drive
Building D300
Littleton, CO 80127-3895

Entergy
PO Box 8108
Baton Rouge, LA 70891-8108

Entergy Louisiana LLC
P. O. Box 6008
L-JEF-359
New Orleans, LA 70174-6008

Equities Associates Corp. IV
Mentor, Rudin & Trivelpiece PC
Attn: Kevin M. Newman
308 Matlbie St., Suite 200
Syracruse, NY 13204-1439

Ernest Summers, III
2711 Elbridge Way
Long Beach, IN 46360-1609

Eugene Propp
P & T LTD.
1660 First Street, #202
Highland Park, IL 60035-3595

Exit 41
Three Dundee Park
Andover, MA 01810
Express Printing Center
309 N Wolf Road
Wheeling, IL 60090-2923

FIREHAWK SAFETY SYSTEM
3219 COMMERCE STREET
AMARILLO TX 79109-3275

FORREST COUNTY
DELBERT DEARMAN
P.O.BOX 1689
HATTIESBURG, MS 39403-1689

FORREST COUNTY HEALTH
5008 HIGHWAY 42
HATTIESBURG MS 39401-2976

FUND B AMARILLO, L.P.
C/O LEND LEASE REAL ESTATE INVESTMENTS,
3424 PEACHTREE ROAD, N.E., SUITE 800
ATLANTA, GEORGIA 30326-2838
ATTN: ASSET MANAGER/WESTGATE MALL

Falcon Electrical Services, Inc.
PO Box 26074
Colorado Springs, CO 80936-6074

Farmer Brothers Coffee
PO Box 79705
City of Industry, CA 91716-9705

FedEx Customer Information Services
assignee of FedEx Express/FedEX Ground
Attn: Revenue Recovery/bankruptcy
3965 Airways Blvd Module G, 3rd Floor
Memphis, TN 38116-5017

Federal Food Service
PO Box 9070
Colorado Springs, CO 80932-0070

Fedex
PO Box 660481
Dallas, TX 75266-0481

Field, Manning, Stone, Hawthorne
& Aycock, PC
2112 Indiana Avenue
Lubbock, TX 79410-1444

Financial Applications Corp.
7420 Duvan Drive
Tinley Park, IL 60477-3715

Fire & Security Systems, Inc.
516 W Campus Drive
Arlington Heights, IL 60004-1408

Fire King Security Products
PO Box 70869
Philadelphia, PA 19176-5869

Fireman's Fund Insurance Co.
Dept. CH-10614
Palatine, IL 60055-0001

First Real Estate Service
120 W Madison
Suite 1200
Chicago, IL 60602-4139

Fisher Auto Glass &Auto Trim
6832 Wayne Avenue
Suite F
Lubbock, TX 79424-1642

Fisk Kart Katz & Regan, LTC
77 West Washington Street
Suite 900
Chicago, IL 60602-2801

Fletcher Martin, LLC
303 Peachtree Center Avenue
Suite 625
Atlanta, GA 30303-1275

Flowers Baking Co. of Baton Rouge
PO Box 951578
Dallas, TX 75395-1578

Foliage Design Systems, Inc.
230 Hunt Road
Perkinston, MS 39573-3423

Food Service Supplies
1924 Paysphere Circle
Chicago, IL 60674-0001

Forever Green
PO Box 1351
Madisonville, LA 70447-1351

Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60124-7943

Freshpack Produce, Inc.
3825 Lafayette Street
Denver, CO 80205-3316

G A G Industries
d/b/a Filter Services Illinois
2555 united Lane
Elk Grove Village, IL 60007-6820

G&G Landscaping
PO Box 396
Tinley Park, IL 60477-0396

G. O'Neil Plumbing, Inc.
3902 Turner Avenue
Plano, IL 60545-9727

GCS
655 Lone Oak Drive
ESC A-1
Eagan, MN 55121-1649

GCS Service, Inc.
24673 Network Place
Chicago, IL 60673-0001

GE CAPITAL SOLUTIONS
450 SOUTH ORANGE AVE, 11TH FLOOR
ORLANDO FL 32801-3383

GERALD G.HEINEMAN D/B/A MASTERS
A/C, HEATING & REFGTN.
2020 RICHLAND AVE.
METAIRIE LA 70001-2669

GLENN D. TAXMAN, ESQ.
MUCH SHELIST
2030 MAIN STREET, SUITE 1200
IRVINE, CA 92614-7256

Garlic Shed, Inc.
d/b/a DiPatta Produce Company
1301 East Hardy Street
Hattiesburg, MS 39401-2415

Gary Sign Co.
3289 East 83rd Place
Merrillville, IN 46410-6542

Gary's Greenhouse
3031 North Fifth Street
Niles, MI 49120-1176

General Parts, LLC
MI 10
PO Box 9201
Minneapolis, MN 55480-9201

George Boudroue
6012 South Route 31
Crystal Lake, IL 60014-4526

Gerard B. Dermid d/b/a Quick Services Co
609 Clinebrook Drive
Gretna, LA 70056-7907

Graci Hart Electric, LLC
1720 Orpheum Avenue
Metairie, LA 70005-1370

Grady's Restaurant & Bar Supply
430 West 4th Street
Pueblo, CO 81003-3213

Granite Telecommunications
PO Box 983119
Boston, MA 02298-3119

Graphic Systems, Inc.
2632 26th Avenue South
Minneapolis, MN 55406-1502

Grate Signs, Inc.
PO Box 2788
Joliet, IL 60434-2788

Greater Chicago Finance Co.
8331 W Roosevelt Road
Forest Park, IL 60130-2529

Green Expectations
Lawn & Tree Care, LLC
PO Box 6934
Lubbock, TX 79493-6934

Greenspan Marketing Services, Inc.
2397 McGarity Road
McDonough, GA 30252-2880

Greenview Irrigation & Lawn
Maintenance, LLC
PO Box 18191
Hattiesburg, MS 39404-8191

Groot Industries, Inc.
PO Box 92317
Elk Grove Village, IL 60009-2317

H.I.P., LLC
8901 N Oleander
Morton Grove, IL 60053-1921

HARLAN ENTERPRISES, LLC
298 SOUTH CARROLL ROAD, BUILDING 101
INDIANAPOLIS, INDIANA 46229-3957
ATTENTION: HAL P. HARLAN

HM Electronics, Inc.
14110 Stowe Drive
Poway, CA 92064-7147

HUB Refrigeration & Fixture Co.
PO Box 17395
Hattiesburg, MS 39404-7395

Hagge Construction Company
25449 WSchultz
Plainfield, IL 60585-7553

Hamco Business Information Supplies
137 Weldon Parkway
Maryland Heights, MO 63043-3101

Hammond Clinic, LLC -IND
7905 Calumet Avenue
Munster, IN 46321-1298

Hammond Water Works Dept.
6505 Columbia Avenue
Hammond, IN 46320-2749

Hartford Insurance Company of the
Midwest/Flood Insurance
PO Box 510024
Salt Lake City, UT 84141-0001

Hartford Life Retirement Solutions
PO Box 1583
Hartford, CT 06144-1583

Harvard Pest Control
PO Box 447
Hattiesburg, MS 39403-0447

Hawkins Commercial Appliance
3000 South Wyandot Street
Englewood, CO 80110-1333

Henley's Key Service, Inc.
117 East Boulder
Colorado Springs, CO 80903-1294

Heritage Electrical Co., Inc.
1533 Claire Avenue
Gretna, LA 70053-7437

Heritage Service Group
PO Box 8710
Fort Wayne, IN 46898-8710

Hi Plains Canvas Products, Inc.
6337 Canyon Drive
Amarillo, TX 79110-4020

Highland Utilities Dept.
3333 Ridge Road
Highland, IN 46322-2000

Hobart Sanitary District
PO Box 200C
Hobart, IN 46342-0397

Hobart Service
1325 E 58th Avenue
Denver, CO 80216-1511

Hobart Service
ITW Food Equipment Group, LLC
701 14th Street
Lubbock, TX 79401-4214

Hobart Service
PO Box 2517
Carol Stream, IL 60132-0001

Host Equipment, LTS
PO Box 15323
Amarillo, TX 79105-5323

Houseman Family Corporation
5 Yale Avenue
Pueblo, CO 81005-1657

Howard Company, Inc.
PO Box 78228
Milwaukee, WI 53278-0001

Hughes Network Systems
PO Box 96874
Chicago, IL 60693-6874

I am Lighting Corp.
PO Box 3926
Spring Hill, FL 34611-3926

ICE MILLER LLP
c/o Ben T. Caughey
One American Square, Suite 2900
Indianapolis, IN 46282-0015

INLAND COMMERCIAL PORPERTY MANAGEMENT, INC
2901 BUTTERFIELD ROAD
OAKBROOK, IL 60523-1190

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

ISIS Technology - Interscope
100 N Rockwell Avenue
Oklahoma City, OK 73127-6137

IWZ Plumbing d/b/a Tiger Plumbing
2839 Highway Avenue
Highland, IN 46322-1630

IceMiller, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0015

Illinois Department of Revenue
Retailers Occupational Tax
PO Box 19447
Springfield, IL 62794-9447

Illinois Mechanical, Inc.
225 James Street
Unit 10
Bensenville, IL 60106-3368

Illinois State Disbursement Unit
PO Box 5400
Carol Stream, IL 60197-5400

Impact Marketing Group
d/b/a Balloons Unlimited
PO Box 5097
Naperville, IL 60567-5097

In. State Central Collection
Unit ASFE
PO Box 6271
Indianapolis, IN 46206-6271

Indiana Department of Revenue
Bankruptcy Section N-240
100 North Senate Street
Indianapolis, IN 46204-2273

Indiana Department of Revenue
PO Box 7218
Indianapolis, IN 46207-7218

Indiana Department of Revenue
PO Box 7221
Indianapolis, IN 46207-7221

Indiana Department of Workforce Dev.
PO Box 7054
Indianapolis, IN 46207-7054

Indiana Logo Sign Group
c/o George Rubin (#20811261)
342 Massachusetts Avenue
Suite 500
Indianapolis, IN 46204-2132

Indiana-American Water Co., Inc.
P O Box 578
Alton, IL 62002-0578

Indiana-American Water Co., Inc.
PO Box 94551
Palatine, IL 60094-4551

Industrial Steam Cleaning of Chicago Inc
PO Box 276
Channahon, IL 60410-0276

Information Integration, Inc.
1520 Kuebel Street
Suite 7
Harahan, LA 70123-6925

Infotag, Inc.
56 South Main Street
Chadwick, IL 61014-9425

Ingalls Occupational Health
75 Remittance Drive
Suite 1660
Chicago, IL 60675-1660

Inland Commercial Property
Management, Inc.
4575 Paysphere Circle
Chicago, IL 60674-0001

Inland Commercial Property Management
Menter, Rudin & Trivelpiece PC
Attn: Kevin M. Newman
308 Maltbie St., Suite 200
Syracuse, NY 13204-1439

Inland Continental Property Management
2901 Butterfield Road
Oak Brook, IL 60523-1190

Innovative Building Design
990 Weeping Willow Drive
Wheeling, IL 60090-5759

Installation & Serv. Tech., Inc.
8340 Mission Road
Suite 118
Prairie Village, KS 66206-1362

Intech Consultants, Inc.
5413 Walnut Avenue
Downers Grove, IL 60515-4172

Intercall
Attn: Melody Road
Suite 200
Omaha, NE 68106

Intercall
PO Box 403749
Atlanta, GA 30384-3749

J&C Water, Inc.
Johnson Water Conditioning
220 West St. Charles Rd.
Villa Park, IL 60181-2401

J&D Lawn Service
43 Wedgeworth Road
Soso, MS 39480-5028

J&I, LLC
40833 Calle Bandido
Murrieta, CA 92562-8700

J&J's Creative Colors
PO Box 112
Oak Forest, IL 60452-0112

J&S Electric & Sign, Inc.
101 E Illinois
Aurora, IL 60505-2142

J. Carmen Garcia Landscaping
652 S Wayne Place
Wheeling, IL 60090-4628

J. Carmen Garcia Landscaping
PO Box 1125
Wheeling, IL 60090-8125

JAMES ANTONOPOULOS
ATTORNEY
5045 N HARLEM
CHICAGO, IL 60656-3501

JBS McHenry, LLC
7844 W Church Street
Morton Grove, IL 60053-1626

JBT Acquisition Co., LLC
d/b/a AA Vacuum Service
PO Box 1107
Kenner, LA 70063-1107

JLA Consulting
1013 N Causeway Blvd.
Suite 202
Metairie, LA 70001-4100

JOHN SKOUBIS, ESQ
SKOUBIS & ASSOCIATES, LTD
200 WEST JACKSON BLVD, STE 1050
CHICAGO, IL 60606-6976

JONES LANG LASALLE AMERICAS, INC.
3500 PIEDMONT ROAD, N.E., SUITE 600
ATLANTA, GA 30305-1532

JSO Valuation Group, LTD
825 Sheridan Road
Glencoe, IL 60022-1340

Jack Waters Plumbing, Inc.
446 West 194th Street
Glenwood, IL 60425-1504

Jackson Law Offices
1901 West Littleton Blvd.
Suite 219
Littleton, CO 80120-2087

James F. Place Family Trust
PO Box 65185
San Antonio, TX 78265-5185

James M. Paweiczak
d/b/a Jims Computer Repair
341 Grand Blvd.
Brookfield, IL 60513

James P. Schreiber d/b/a
JPS Management, LLC
458 Riverton Drive
Rainbow City, AL 35906-8304

James Place
PO Box 65185
San Antonio, TX 78265-5185

Jani-King of New Orleans
122 West Pine Street
Ponchatoula, LA 70454-3309

Jefferson Parish Department of Water
PO Box 10007
Jefferson, LA 70181-0007

Jeffrey B. Thulihen
d/b/a JBT Enterprises
4804 Hill Road
Richmond, IL 60071-9751

Jim's Vault Service, Inc.
5308 Riverview Drive
Lisle, IL 60532-2139

Joe Delisio
1323 Appletree Lane
Libertyville, IL 60048-5213

John Malfas
5011 West 121st Street
Alsip, IL 60803-3116

Johnny Hunt Refrigeration
PO Box 6052
Lubbock, TX 79493-6052

Johnny J. Landin
d/b/a Landin Electronics
6417 38th Street
Lubbock, TX 79407-3605

Johnson Pumping, Inc.
4320 Woodrow Road
Lubbock, TX 79423-4614

Jones County Health Department
PO Box 2487
Laurel, MS 39442-2487

Judgment Clerk of Porter Superior Court
15 East Lincolnway
Valparaiso, IN 46383
Karl Ensign
3608 Evans Avenue
Valparaiso, IN 46383-6937

KANE COUNTY TREASURER
P.O. BOX 4025
GENEVA, IL 60134-4025

KENDALL COUNTY COLLECTOR
111 W. FOX STREET
YORKVILLE, IL 60560-1621

KEl, LLC
6747 Gunnery Road
Indianapolis, IN 46278-1232

KYL Investments Trust
8448 Rodden Road
Oakdale, CA 95361-8772

Kelly Printing Supplies
PO Box 70600
Las Vegas, NV 89170-0600

Kentwood Springs
PO Box 660579
Dallas, TX 75266-0579

Keyed Rite, Inc.
3033 West 37th Avenue
Hobart, IN 46342-1729

Keymasters Security Solutions, Inc.
778 Golden Oak Circle
Crystal Lake, IL 60014-1710

Kirby Gryder
3404 37th Street
Lubbock, TX 79413-2241

Korellis Roofing, Inc.
1333 169th Street
Hammond, IN 46324-2005

Krebs, LaSalle, Lemieux Consultants, Inc
PO Box 19688
New Orleans, LA 70179-0688

Kuykendall Gardner & Larue, LLC
1560 Orange Avenue
Suite 750
Winter Park, FL 32789-5552

L&L Disposal Service
1005 South El Paso Street
Colorado Springs, CO 80903-4410

LA Dept of Revenue
PO Box 66658
Baton Rouge, LA 70896-6658

LAKE COUNTY COLLECTOR
18 N. COUNTY ST., SUITE 102
WAUKEGAN, IL 60085-4361

LCM Architects, LLC
819 South Wabash Avenue
Chicago, IL 60605-2155

LGS Plumbing, Inc.
1112 E Summit Street
Crown Point, IN 46307-2729

LUBBOCK CENTRAL APPRAISAL DISTRICT
P.O.BOX 10568
1715 26TH ST
LUBBOCK, TX 79411-1524

LUBBOCK CENTRAL APPRAISAL DISTRICT
PERDUE BRANDON FIELDER COLLINS & MOTT LL
ATTN. MORGAN DOTSON
P.O. BOX 817
LUBBOCK, TX 79408-0817

Lake Cook Plumbing, Inc.
888 E Belvidere Road
Suite 305
Grayslake, IL 60030-2575

Lake County Department of Public Works
650 West Winchester Road
Libertyville, IL 60048-1391

Landmark Sign Group
7424 Industrial Avenue
Chesterton, IN 46304-8804

Landscape Professionals, Inc.
12N442 Switzer Road
Elgin, IL 60124-8051

Laurel Rubber & Gasket Co., Inc.
PO Box 2643
Laurel, MS 39442-2643

Lauricella Land Company
Dept. AT 952498
Atlanta, GA 31192-0001

Laxson Electric Company
13892 Single Leaf Court
Colorado Springs, CO 80921-2970

Liberty Self Storage
1438 N Causeway Approach
Mandeville, LA 70471

Long Life Lighting & Sign
665 Perimeter Road
Greenville, SC 29605-5496

Louisiana Department of Labor
Office of Regulatory Services
PO Box 94050
Baton Rouge, LA 70804-9050

Louisiana Department of Revenue
PO Box 91017
Baton Rouge, LA 70821-9017

Louisville Cooler Mfg. Co.
7635 National Turnpike
Suite 13
Louisville, KY 40214-4819

Lubbock Avalance Journal
PO Box 491
Lubbock, TX 79408-0491

Lubbock Commercial Buildings
Attn: Don or Ted Rushing
2737 82nd Street
Lubbock, TX 79423-1429

Lubbock Lock & Key, Inc.
434 34th Street
Lubbock, TX 79404

Lubbock Power & Light
City of Lubbock Utilities
PO Box 10541
Lubbock, TX 79408-3541

MAIN STREET BANK
P.O.BOX 203909
HOUSTON, TX. 77216-3909

MBM
2641 Meadowbrook Road
Rocky Mount, NC 27801-9667

MBM
PO Box 277308
Atlanta, GA 30384-7308

MDES
PO Box 22781
Jackson, MS 39225-2781

METRO SELF STORAGE
4320 HESSMER AVENUE
METAIRIE LA 70002-3222

MEYYAPPAN SEVUGAN
41 HORSESHOE LANE
LEMONT, IL 60439-9151

MG Mechanical Service
1513 Lamb Road
Woodstock, IL 60098-9677

MICHAEL A. ALESIA
1111 PLAZA DRIVE, STE. 450
SCHAUMBURG, IL 60173-4970

MILLCO INVESTMENTS
19 S. LASALLE STREET
SUITE 1000
CHICAGO, IL 60603-1424

MITCHELL D. WEINSTEIN
CHUHAK & TECSON, P.C.
30 SOUTH WACKER DRIVE, SUITE 2600
CHICAGO, IL 60606-7512

MS. BESSIE KALKANIS
5585 MEDINAH COURT
GURNEE, IL 60031-1006

MSP Lighting Products
PO Box 743
Worth, IL 60482-0743

MacCarb
4616 WMain Street
Dundee, IL 60118-9414

Mark IV WR Fairchild Construction Co.
PO Box 15909
Hattiesburg, MS 39404-5909

Mary Jo's Interior Decorating &
Plant Service
56 Eastview Circle
Laurel, MS 39443-2623

Master Rodding, Inc.
PO Box 932
Elgin, IL 60121-0932

Maximum Cleaning Service, LLC
PO Box 10184
Merrillville, IN 46411-0184

Mayyappan Sevugan
c/o Maha Enterprises, Inc.
111 E Illinois Street
Suite 1
Lemont, IL 60439-3652

McHenry County Dept. of Health
2200 N Seminary Avenue
Woodstock, IL 60098-2600

McLane Food Service, Inc.
PO Box 847535
Dallas, TX 75284-7535

Mean Enterprises, Inc.
d/b/a Hitech of Texas
PO Box 7087
Amarillo, TX 79114-7087

Melody Music Company
702 North 2nd Avenue
Columbus, MS 39701-4702

Menard, Inc.
Attn: Jamie D. Radabaugh
4777 Menard Drive
Eau Claire, WI 54703-9604

Merrillville Awning Co.
1420 East 91st Drive
Merrillville, IN 46410-7174

Merrillville Conservancy District
6250 Broadway
Merrillville, IN 46410-3004

Mid-South Signs & Electric, Inc.
8643 Highway 182 East
Columbus, MS 39702-8340

Midwest Badge Corp.
PO Box 1516
Skokie, IL 60076-8516

Midwest Electrical Appliance
Service Center, Inc.
PO Box 885
Elmhurst, IL 60126-0885

Midwest Gasket, Inc.
13 Henry Court
Fox Lake, IL 60020-1882

Milco Acquisition Company, LLC
c/o Bobby Miller
19 S LaSalle Street
Suite 1000
Chicago, IL 60603-1424

Millco Lot 5 Sugar Grove
19 S LaSalle Street
Suite 1000
Chicago, IL 60603-1424

Millco-Blackberry Creek
19 S LaSalle Street
Suite 1000
Chicago, IL 60603-1424

Mirus
820 Gessner
Suite 1600
Houston, TX 77024-4264

Mississippi Department of Revenue
PO Box 960
Jackson, MS 39205-0960

Mississippi Power Company
PO Box 245
Birmingham, AL 35201-0245

Mississippi Tax Commission
PO Box 23075
Jackson, MS 39225-3075

Mississippi Tax Commission Special Tax
PO Box 960
Jackson, MS 39205-0960

Miyoung Yook
1247 Milwaukee Avenue
Suite 300
Glenview, IL 60025-2464

Mr. Rooter Plumbing
PO Box 1172
Purvis, MS 39475-1172

Mr. Wilson's Plumbing & Drain
Solutions, LLP
PO Box 65541
Lubbock, TX 79464-5541

Much Shelist
35335 Eagle Way
Chicago, IL 60678-0001

Mullen Law Offices
Three First National Plaza
Chicago, IL 60602-5010

Mutual of Omaha
Policy Owner Services
PO Box 743102
Cincinnati, OH 45274-3102

Muzak, LLC
Muzak-National
PO Box 601968
Charlotte, NC 28260-1968

Muzak, LLC
c/o Bridget Ann Oxendine
3318 Lakemont Blvd.
Fort Mill, SC 29708-8309

N Wasserstrom & Sons
GEN III Group
100 GEN III Avenue
Fountain Inn, SC 29644-2351

N Wasserstrom & Sons
GEN III Group (Attn: Molly Roeder)
2300 Lockbourne Road
Columbus, OH 43207-2167

ND Management Company, Inc.
PO Box 1675
Highland Park, IL 60035-7675

NEAL, GERBER, EISENBERG
AUDREY E SELIN, ATTORNEY AT LAW
TWO NORTH LASALLE STREET
CHICAGO, IL 60602-3702

NH Environmental Group, Inc.
d/b/a Tierra Environmental
3821 Indianapolis Blvd.
East Chicago, IN 46312-2590

NTS Communications, Inc.
PO Box 10730
Lubbock, TX 79408-3730

NUCO2
PO Box 9011
Stuart, FL 34995-9011

National Graphx & Imaging, LLC
9240 West Belmont Avenue
Suite 2W
Franklin Park, IL 60131-2849

National Readerboard Supply
PO Box 430
Poncha Springs, CO 81242-0430

National Retail Properties Realty, Inc.
450 South Orange Avenue
Suite 900
Orlando, FL 32801-3339

Nevada Net Lease
c/o Front Range Commercial, LLC
PO Box 1695
Colorado Springs, CO 80901-1695

New Chicago Water Works
122 Huber Blvd.
Hobart, IN 46342-1068

Newell Normand, Sheriff & Tax Collector
Sales/Use Tax Division
PO Box 248
Gretna, LA 70054-0020

Nicor Gas
PO Box 0632
Aurora, IL 60507-0632

Nipsco
PO Box 13007
Merrillville, IN 46411-3007

North Shore Gas
PO Box A3991
Chicago, IL 60690-3991

North Shore Sanitary District
PO Box 2140
Bedford Park, IL 60499-2140

North Shore Sign
1925 Industrial Drive
Libertyville, IL 60048-9731

Northern Indiana Public Service Co.
Attn: Revenue Assurance & Recovery
801 E. 86th Ave.
Merrillbille, IN 46410-6271

NuCO2
2800 S. E. Market Pl.
Stuart, FL 34997-4965

Oasis Horticultural Service, Inc.
701 Jefferson Highway
Jefferson, LA 70121
Occupational Health Centers of Southwest
PO Box 488
Lombard, IL 60148-0488

Office Depot
PO Box 633211
Cincinnati, OH 45263-3211

Office Market
1801 N Causeway Blvd.
Mandeville, LA 70471-3111

Office Pro Management, LLC
3907 N 7th Avenue
Laurel, MS 39440-1613

Olympic Maintenance, Inc.
3025 Soffel
Melrose Park, IL 60160-1716

On-Location Services
PO Box 8073
Levelland, TX 79338-8073

Orkin
1700 E 14th Street
Amarillo, TX 79102-4342

Orkin, Inc.
4820 Frankford Avenue
Suite 710P
Lubbock, TX 79424-1114

P & T LTD.
1660 First Street
#202
Highland Park, IL 60035-3595

P&T, LTD / Fifth Third Bank
8477 Broadway Street
Merrillville, IN 46410-6220

PORTER COUNTY TREASURER
P.O. BOX 11357
SOUTH BEND, IN 46634-0357

Parts Town
1120 Dupage Avenue
Lombard, IL 60148-1247

Patrick Gernon
407 Turnwood Drive
Covington, LA 70433-5831
Patrick Heating & Air Conditioning
Service, Inc.
1602 S Monroe Street

Patrick W. Madden Profit Sharing Plan
PO Box 12128
Lexington, KY 40580-2128

Pepsi-Cola Company
A Division of Pepsico, Inc.
PO Box 75948
Chicago, IL 60675-5948

Pepsi-Cola Company
PCEA-Equipment Purchase
Lockbox 75855
Chicago, IL 60675-5855

Pepsi-Cola General Bottlers
75 Remittance Drive
Suite 1884
Chicago, IL 60675-1884

Playnetwork, Inc.
Dept. CH 17114
Palatine, IL 60055-0001

Premiere Global Services
PO Box 404351
Atlanta, GA 30384
Premium Assignment Corp.
PO Box 3100
Tallahassee, FL 32315-3100

Prime Time Advertising
PO Box 155458
Fort Worth, TX 76155-0458

Printco Graphics
14112 Industrial Road
Omaha, NE 68144-3332

Pro-Lawn Landscape, LLC
PO Box 3730
Joliet, IL 60434-3730

Pro-Tek Lock & Safe Co.
7475 S Madison
Willowbrook, IL 60527-7614

Professional Image
PO Box 807
Slidell, LA 70459-0807

Property Assessment Advisors, LLC
180 North LaSalle Street
Suite 3000
Chicago, IL 60601-2802

Property Valuation Services
4801 W Peterson
Suite 606
Chicago, IL 60646-5728

Proscapes Landscape Service
8654 Hohman Avenue
Munster, IN 46321-2128

Qwest Communications Business Services
PO Box. 856169
Louisville, KY 40285-6169

R&P Restaurant Service, Inc.
1002 Locust STreet
Valparaiso, IN 46383-3690

R&R Advertising
c/o Restaurant Recruit, Inc.
611 Market Street
Suite 2
Kirkland, WA 98033-5422

R.L. Butler d/b/a Butler's Snow Plowing
18202 Ravisloe Terrace
Country Club Hills, IL 60478-5326

RELING REFRIGERATION
117 WASHINGTON AVENUE
CHESTERRON IN 46304-3251

RF Technologies, Inc.
PO Box 142
Bethalto, IL 62010-0142

RJP Properties, LLC
7001 West Higgins Avenue
Chicago, IL 60656-1901

RMR Construction, Inc.
d/b/a Mechanical Masters
4208 19th Street Rear
Lubbock, TX 79407-2405

Randy C. Newfield
d/b/a Fresh Cut Landscaping
20 Spanish Moss Court
Mandeville, LA 70471-7273

Randy's Carpet Care
PO Box. 4063
Amarillo, TX 79116-4063

Raymond Plumbing & Heating, Inc.
112 Weatherly Cove
Slidell, LA 70458-9010

Refresh Technologies
2772 Lake Vista Drive
Buford, GA 30519-6726

Resa Construction, LLC
200 Larkin Drive
Unit F
Wheeling, IL 60090-6498

Richard A. Aguilar, Esq.
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130-6029

Rivec, LLC
4007 Landstrom Road
Rockford, IL 61114-6134

Robert Galkowski
3303 North Hancock Avenue
#75
Colorado Springs, CO 80907-8702

Robert Miller
Potter County Tax Assessor
PO Box 2289
Amarillo, TX 79105-2289

Ronald P. Starck
21452 WCR 13
Johnstown, CO 80534

Ronald S. Johnson d/b/a RMS
Maintenance Service
396 Stonehill Drive
Valparaiso, IN 46385-8425

Rosen & Brichta
640 North LaSalle
Suite 555
Chicago, IL 60654-3760

Rothgerber Johnson & Lyons, LLP
One Tabor Center
Suite 3000
Denver, CO 80202

Roto Rooter Plumbers
PO Box 53634
Lubbock, TX 79453-3634

Roto Rooter Services Company
5672 Collection Center Drive
Chicago, IL 60693-0001

Roto Rooter Sewer Drain Service
PO Box 8281
Laurel, MS 39441-8281

Royal Glass & Greenhouse Mfg
403 East Third Street
Pennville, IN 49408-8671

Royal Publishing, Inc.
7620 N Harker Drive
Peoria, IL 61615-1857

SAM MARKOS
2604 DEMPSTER, STE 100
PARK RIDGE IL 60068-8425

SATISFIED SOLES CARPET CLEANING, LLC
325 HOGAN ROAD
LAUREL MS 39443-8987

SDT Waste & Debris Services
PO Box 1519
Chalmette, LA 70044-1519

SKL Service Company, Inc.
503 Jennifer Lane
Grayslake, IL 60030-1575

SP Property Management, LLC
7844 W Church Street
Morton Grove, IL 60053-1626

STATE OF OHIO
BUREAU OF WORKERS COMPENSATION
P.O. BOX 15429
COLUMBUS, OH. 43215-0429

Safety Sam, Inc. d/b/a
Nationwide Publishing
PO Box 6408
Yuma, AZ 85366-2518

Sanchez Landscaping, Inc.
820 Barber Lane
Joliet, IL 60435-2914

Schoenberg Finkel Newman & Rosenberg
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606-6113

Scrub Shop, Inc. / A/C Uniforms
715 N Ash
Plainview, TX 79072-7311

Serigraph, Inc.
PO Box 438
West Bend, WI 53095-0438

Service Check, Inc.
PO Box 101373
Atlanta, GA 30392-1373

Service Intelligence
PO Box 601424
Charlotte, NC 28260-1424

Service Master Commercial &
Industrial Services
PO Box 10690
New Orleans, LA 70181-0690

Seyfarth Shaw LLP
131 South Dearborn
Suite 2400
Chicago, IL 60603-5863

Sharon Fisher
d/b/a Best Refrigeration
PO Box 53245
Lubbock, TX 79453-3245

Shell Fleet
PO Box 183019
Columbus, OH 43218-3019

Shelton Cutlery
2131 Fairfielci Avenue
Fort Wayne, IN 46802-5160

Sherman's Electric
219 Old Highway 15 South
Ellisville, MS 39437-4361

Sign Solutions
2615 Reveille Drive
Colorado Springs, CO 80921-1947

Signco, Inc.
1327 N 31st Avenue
Melrose Park, IL 60160-2907

Signs on the Go
621 Slaton Highway
Lubbock, TX 79404-5821

Signworx, LLC
2512 Hickory Avenue
Metairie, LA 70003-5110

SimplexGrinnel
Dept. CH 10320
Palatine, IL 60055-0001

Snow & Ice Pros, Inc.
2708 45th Avenue
Highland, IN 46322-2903

Sound Insight, Inc.
58 West Lincolnway
Valparaiso, IN 46383-5533

Specialty Services, LLC
PO Box 15925
Hattiesburg, MS 39404-5925

Specialty Services, LLC
c/o R. Adam Kirk
PO Box 901
Grenada, MS 38902-0901

Spicer Jeffries & Company, LLP
5251 South Quebec Street
Suite 200
Greenwood Village, CO 80111-1813

Sprint
PO Box 4181
Carol Stream, IL 60197-4181

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

Standard Coffee Service Co.
PO Box 974860
Dallas, TX 75397-4860

Stanley Steemer Chicago
401 S Vermont
Palatine, IL 60067-6945

Star Disposal of Indiana
PO Box 3598
Munster, IN 46321-0598

State Central Collection Unit
PO Box 6219
Indianapolis, IN 46206-6219

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Stored Value Solutions-Gift Cards
101 Bullitt Lane
Suite 305
Louisville, KY 40222-5465

Superior Bag Mfg. Corp.
759 E Lincoln Avenue
Rahway, NJ 07065-5713

TAXING DISTRICTS COLLECTED
BY POTTER COUNTY
P.O. BOX 2289
AMARILLO, TX 79105-2289

TAXING DISTRICTS COLLECTED BY POTTER COUNTY
PERDUE BRANDON FIELDER COLLINS & MOTT LL
P.O. BOX 9132
AMARILLO, TX 79105-9132

THE SALVATION ARMY OF IRVING PARK
4056 NORTH PULASKI STREET
CHICAGO IL 60641-2455

TOASTER CONNECTION
5 SOUTH LEWIS STREET
METTER GA 30439-4445

TOM'S CREATIVE LANDSCAPING
46W370 ROUTE 30
SUGAR GROVE IL 60554-9520

Talx UCM Services, Inc. d/b/a
Talx UCExpress
4076 Paysphere Circle
Chicago, IL 60674-0001

Tastet Cleaningt Inc.
1901 Austin Avenue
Box 52
Schererville, IN 46375-2170

Taxing Districts
collected by Potter County
D'Layne Peeple Cater
Perdue, Brandon Fielder, Collins & Mott
P O Box 9132
Amarillo, TX 79105-9132

Taylor Chicago Distributors
PO Box 973
West Chicago, IL 60186-0973

Taylor Fortune Drag, Inc.
4633 Sanford Street
Metairie, LA 70006-5317

Ted Hrycak
PO Box 207
Culvert IN 46511-0207


Tempographics, Inc.
455 East North Avenue
Carol Stream, IL 60188-2167

Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592

Terry Daniel
d/b/a T&D Construction
PO Box 93051
Lubbock, TX 79493-3051


Texas Workforce Commission
PO Box 149037
Austin, TX 78714-9037

The Beil Family Trust
247 Ocean View
Newport Beach, CA 92663-4701

The Caldwell Cafe, Inc.
Attn: Gus Alikakos
6714 Charleston Drive
Darien, IL 60561-3806


The Fence Outlet
1513 School House Road
New Lenox, IL 60451-2736

The Times of NW Indiana
c/o Lee Newspapers
PO Box 742548
Cincinnati, OH 45274-2548

Thomas W. Clary
d/b/a Doc's Refrigeration
13270 Old Pueblo Road
Fountain, CO 80817-3700


Titan Pest Control, LLC
1202 Minor Street
Kenner, LA 70062-6544

Tom Moreau c/o TMA Architect
PO Box 39355
Greensboro, NC 27438-9355

Top Quality Badges, Inc.
PO Box 470
Calion, AR 71724-0470


Torvac
A Division of Darling International, Inc
PO Box 552210
Detroit, MI 48255-2210

Touch of Grass
17386 Bonnie Lane
Lowell, IN 46356-2075

Town of Chesterton
726 Broadway
Chesterton, IN 46304-2229


Town of Merrillville
Office of the Clerk-Treasurer
7820 Broadway
Merrillville, IN 46410-5557

Town of Schererville
10 East Joliet Street
Schererville, IN 46375-2011

Trademasters, Inc.
PO Box 64099
Kenner, LA 70064


Traffic Generators
PO Box 533065
Atlanta, GA 30353-3065

Treb's Enterprises, Inc.
5440 Mounes Street
Suite 100
New Orleans, LA 70123-3288

Tri-State Commercial Appliance Repair
PO Box 504
Demotte, IN 46310-0504


Trimark Marlinn, Inc.
6100 West 73rd Street
Suite 1
Bedford Park, IL 60638-6107

Trinity Electric Services, LLC
PO Box 932
Kenner, LA 70063-0932

Trio Industries
1467 Lemay
Suite 105
Carrollton, TX 75007-4800


Triple C Complete Carpet Care, Inc.
40 Buchanan Street
Colorado Springs, CO 80907-5135

Trugreen Chemlawn
14405 South Route 59
Plainfield, IL 60544-2647

UNITED STATES BEEF CORPORATION
ATTN. MR. BRETT PRATT
4923 EAST 49TH STREET
TULSA, OK 74135-7002

UZELAC & ASSOCIATES, INC.
870 EASTPORT DRIVE, SUITE 200
VALPARAISO, IN 46383-2909

Ultimate Software Group
Accounting Department
1485 North Park Drive
Weston, FL 33326-3215

Ultimate Software Group
Robert J. Manne, Esq.
1485 North Park Drive
Weston FL 33326-3215

Uni-Copy Technologies
4500 York Street
Suite 100
Metairie, LA 70001-1250

United Health Insurance Co.
Dept. CH 10151
Palatine, IL 60055-0001

Valley Greens East
c/o Laura Neta Temple
PO Box 1732
Idaho Springs, CO 80452-1732

Valparaiso City Utilities
205 Billing Street
Valparaiso, IN 46383-3603

Vasilios & Petroula Katsi
1644 Sycamore Street
Des Plaines, IL 60018-2265

Vasilios & Petroula Katsikaris
1644 Sycamore Street
Des Plaines, IL 60018-2265

Vega Greenhouse
3006 Brentwood
Amarillo, TX 79106-6121

Veol Es Solid Waste Midwest, Inc. T4
8246 Innovation Way
Chicago, IL 60682-0001

Verifone
Lockbox 774060
4060 Solutions Center
Chicago, IL 60677-4000

Vermillion Solutions Group, Inc.
3433 Highway 190
Suite 107
Mandeville, LA 70471-3101

Village of Algonquin
2200 Harnish Drive
Algonquin, IL 60102-5995

Village of Elk Grove
901 Wellington Avenue
Elk Grove Village, IL 60007-3400

Village of Mundelein
440 E Hawley Street
Mundelein, IL 60060-2400

Village of Niles
Finance Department
1000 Civic Center Drive
Niles, IL 60714-3229

Village of Palatine
Utility Payments Dept.
200 East Wood Street
Palatine, IL 60067-5332

Voxpop, Inc.
10746 Worcester Hwy (RT #575)
Berlin, MD 21811-3303

WB Doner & Co.
PO Box 67-28701
Detroit, MI 48267-0001

WENDY'S INTERNATIONAL INC.
ATTN: MS. MELISSA LAPP
1 DAVE THOMAS BLVD
DUBLIN, OH 43017-5452

WILLIAM HANTAS, ESQ
GIERUM & MANTAS
1030 WEST HIGGINS ROAD, SUITE 220
PARK RIDGE, IL 60068-5761

Wasson Properties, Inc.
332 W Bijou
Suite 104
Colorado Springs, CO 80905-1347

Waukegan Safe & Lock, LTD
1621 Grand Avenue
Waukegan, IL 60085-3605

Weilerl Inc. Plumbing & Heating
456 South Campbell
PO Box 45
Valparaiso, IN 46384-0045

Wendy's International, Inc.
1155 Perimeter Center West
Atlanta, GA 30338-5463

Wendy's International, Inc.
73509 Network Place
Chicago, IL 60673-0001

Wendy's Internationall Inc.
1155 Perimeter Center West
Atlantal GA 30338-5463

Wesley & Deanne Engstrom
816 Linden Avenue
Burlingame, CA 94010-2616

White Service Co., Inc.
PO Box 1309
Wolfforth, TX 79382-1309

Wilhite Refrigeration, LTD
PO Box 31417
Amarillo, TX 79120-1417

Wirenut
6395 E Platte Avenue
Colorado Springs, CO 80915-3705

Woody's Cabinet & Trim Construction Co.
3107 11th Street
Bay Saint Louis, MS 39520-6927

Worldwide Express
PO Box 3369
Pensacola, FL 32516-3369

Worsek & Vihon, LLP
180 North LaSalle Street
Suite 1310
Chicago, IL 60601-2501

X-Treem Kleen, LLC
PO Box 170288
Milwaukee, WI 53217-8026

XCel Energy
PO Box 9477
Minneapolis, MN 55484-0001

David F. Waguespack
Carver, Darden, et al
1100 Poydras Street - Enegy Centre
Suite 3100
New Orleans, LA 70163-1102

Donna Bramlett Wood
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002-3728

Leann Opotowsky Moses
Carver, Darden, Koretzky, Tessier,...LLC
1100 Poydras Street
Suite 3100
New Orleans, LA 70163-1102

Office of the U.S. Trustee
Eastern District of Louisiana
Texaco Center
400 Poydras Street, Suite 2110
New Orleans, LA 70130-3238

William T. Finn
Carver,Darden,Koretzky,Tessier,Finn,Blos
1100 Poydras Street
Suite 3100
New Orleans, LA 70163-1102

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
POB 21126
PHILADELPHIA, PA 19114

(d)Internal Revenue Service
EFTPS-IRS Federal Tax Payments
Ogden, UT 84201

State Comptroller
Comptroller of Public Accounts
111 E 17th Street
Austin, TX 78774

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Carver, Darden, Koretzky, Tessier, Finn

(u)Entergy Louisiana, LLC

(u)Gregory Greenfield & Associates, Ltd.

(u)Mircale Management Company, LLC

(u)P & T LTD.

(d)APA Service Corporation
c/o Donna Bramlett Wood
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002-3728

(d)Arby's Restaurant Group, Inc.
c/o Donna Bramlett Wood
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002-3728

(d)City of Alexandria, Louisiana
Wheelis & Rozanski
P.O. Box 13199
Alexandria, LA 71315-3199

(du)Gregory Greenfield & Associates, ltd.

(d)Kuykendall, Gardner & Larue, LLC
1560 Orange Avenue
Suite 750
Winter Park, FL 32789-5552

(d)Trilogy Properties, LLC
206 San Gabriel Lane
Placentia, CA 92870-6221

(d)Trilogy Properties, LLC
206 San Gabriel Ln
Placentia CA 92870-6221

(u)Rudy J. Cerone

End of Label Matrix
Mailable recipients    611
Bypassed recipients     13
Total                  624

Miyoung Yook
Bank Financial FSB
15W060 North Frontage Road
Burr Ridge, IL  60527

Eric R. Goodman
Baker & Hostetler LLP
PNC Center 1900 East 9th St., Ste. 3200
Cleveland, OH  44114-3482

Rudy J. Cerone
McGlinchey Stafford, PLLC
601 Poydras St., 6th Floor
New Orleans, LA  7O130

Internal Revenue Service
1555 Poydras St., Ste. 220
Stop 31
New Orleans, LA  70112

State Dept. of Revenue
P.O. Box 4064
Baton Rouge, LA  70821-4064

Jonathan T. Edwards
Alston & Bird
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA  30309-3424

Sarah K. Kam
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY  10178