UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | * | |
| **MIRACLE RESTAURANT GROUP,** | * | **CASE NO. 10-13385** |
| **L.L.C.,** | * | **SECTION "B"** |
| **DEBTOR** | * | **CHAPTER 11** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of the *Amended Order* and *Order (A) Establishing Bar Date And Governmental Bar Date For Filing Of Proofs Of Claim, (B) Approving The Bar Date Notice, (C) Authorizing The Debtors To Provide Notice Of The Bar Date, And (D) Determining That The Debtor's Bar Date Notice Satisfies Due Process And Comports With All Other Requirements Of Law* have been served upon the Debtors' 20 largest unsecured creditors via United States Mail, First Class, postage pre-paid as indicated on the attachment hereto on this 23rd day of November, 2010.

The United States Trustee and parties who requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure received service via the Clerk of Court on November 22, 2010.

> CARVER, DARDEN,
> KORETZKY, TESSIER, FINN,
> BLOSSMAN & AREAUX, LLC
>
> By:_____/s/ Leann O. Moses_____
>
> WILLIAM T. FINN (La. 1359)
> DAVID F. WAGUESPACK (La. 21121)
> LEANN OPOTOWSKY MOSES (La. 19439)
> 1100 Poydras Street, Suite 3100
> New Orleans, Louisiana 70163
> Telephone:  (504) 585-3800
> Telecopier:  (504) 585-3801
> Counsel for Miracle Restaurant Group, LLC

## MIRACLE RESTAURANT GROUP SERVICE LIST

Kuykendall Gardner & Laru
1560 Orange Avenue
Suite 750
Winter Park, FL 32789

RJP Properties LLC
7001 West Higgins Avenue
Chicago, IL 60656

MBM
2641 Meadowbrook Rd.
Rocky Mount, NC 27802

Miyoung Yook
Bank Financial FSB
15W060 North Frontage Road
Burr Ridge, IL 60527

H.I.P. LLC
8901 N. Oleander
Morton Grove, IL 60053

Milco Acquisition Company, LLC
c/o Bobby Miller
19 S. LaSalle St., Suite 1000
Chicago, IL 60603

Brother and Sister Enterp
Attn: Michael Nigro
1109 North Delphia
Park Ridge, IL 60068

McLane Food Service, Inc.
P.O. Box 847535
Dallas, TX 75284

The Office of the United States Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

Lisa P. Storey, Esq.
Sr. Director, Franchise Counsel
Wendy's/Arby's Group, Inc.
1155 Perimeter Center West, Suite 1200
Atlanta, GA 30338

Vasilios and Petroula Katsi
1644 Sycamore Street
Des Plaines, IL 60018

Alpha Baking Company
5001 W. Polk Street
Chicago, IL 60644

Pepsi-Cola Company
A Division of Pepsico Inc.
P.O. Box 75948
Chicago, IL 60675-5948

Andy Parashos
2700 Crestwood Lane
Riverwoods, IL 60015

Millco Lot 9 Sugar Grove
19 S. LaSalle Street
Suite 1000
Chicago, IL 60603

John Malfas
5011 West 121st Street
Alsip, IL 60803

RIVEC LLC
4007 Landstrom Road
Rockford, IL 61114

The Beil Family Trust
247 Ocean View
Newport Beach, CA 92663

Eric R. Goodman
Baker & Hostetler LLP
PNC Center 1900 East 9th St., Ste. 3200
Cleveland, OH  44114-3482

Rudy J. Cerone
McGlinchey Stafford, PLLC
601 Poydras St., 6th Floor
New Orleans, LA  70130

Sarah K. Kam
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY  10178

Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
Counselors at Law
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Miracle Restaurant Group, L.L.C.
100 Mariner's Blvd., Suite 8
Mandeville, LA  70448

Milco-Blackberry Creek
19 S. LaSalle St.
Suite 100
Chicago, IL  60603

Internal Revenue Service
1555 Poydras Street, Suite 220
Stop 31
New Orleans LA 70112

State Dept. of Revenue
P.O. Box 4064
Baton Rouge, LA 70821-4064

Jonathan T. Edwards
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

4833-4144-3336, v.  1