UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | |
| **MIRACLE RESTAURANT GROUP,** | * | CASE NO. 10-13385 |
| **L.L.C.,** | * | SECTION "B" |
| **DEBTOR** | * | CHAPTER 11 |

* * * * * * * * * * * * * * *

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that Miracle Restaurant Group, L.L.C., debtor and debtor-in-possession in the captioned case, on January 10, 2011, filed the *Motion to Determine Property Taxes for Certain Locations in Lake County Indiana and Cook County Illinois and Order Refunds.* Copies of the Motion are available from the Clerk of Court for the United States Bankruptcy Court for the Eastern District of Louisiana, via the Court's Document Filing System as explained on the Court's website, or by requesting same from counsel for the Debtor.

PLEASE BE FURTHER ADVISED that a hearing will be held in the United States Bankruptcy Court for the Eastern District of Louisiana, 500 Poydras Street, 7th Floor, Room B-705, New Orleans, Louisiana, on the **18th day of February, 2011, at 9:00 a.m.** to consider and rule on said Motion. Any objection to said Motion (along with any supporting appraisals) shall be served on David F. Waguespack, Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163, no later than January 31, 2011.

NEW ORLEANS, LOUISIANA, this 10th day of January, 2011.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Hearing (without exhibits except as indicated below; exhibits are available to any party upon request to counsel for Debtor) has been sent to: (i) the Debtor; (ii) the United States Trustee; (iii) any party asserting that it is a secured creditor in this case through their respective counsel if applicable; (iv) the 20 largest unsecured creditors until any official committee for unsecured creditor is formed or to the extent that an official committee is not formed; (v) each of the tax assessors whose property tax assessments on the Initial Locations the Debtor seeks to challenge and the county treasurers who would owe the corresponding refunds; (vi) the landlords for each of the Initial Locations; (vii) all parties who request notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; and (viii) the Internal Revenue Service by placing same in the United States First Class mail, postage prepaid and properly addressed or via the Court's ECF system this 10th day of January, 2011. In addition, I certify that a true and correct copy of the foregoing Notice of Hearing with exhibits has been sent by Federal Express to each of the tax assessors whose property tax assessments on the Initial Locations the Debtor seeks to challenge and the county treasurers who would owe the corresponding refunds this 10th day of January, 2011.

                _____/s/ David F. Waguespack_____
                DAVID F. WAGUESPACK

MIRACLE RESTAURANT GROUP SERVICE LIST

VIA ECF

Darryl T. Landwehr
dtlandwehr@aol.com

Stephen D. Wheelis
steve@wheelis-rosanski.com

Alan H. Katz
alan.katz@alum.mit.edu

Robert L. LeHane
rlehane@kelleydrye.com
namamoo@kelleydrye.com

Frederic M. Wolfram
eric@wolframlaw.com
wlfpc@wolframlaw.com

Richard A. Aguilar
raguilar@mcglinchey.com
aparnell@mcglinchey.com

Donna Bramlett Wood
dwood@mcsalaw.com


VIA UNITED STATES FIRST CLASS MAIL

Kuykendall Gardner & Laru
1560 Orange Avenue
Suite 750
Winter Park, FL  32789

RJP Properties LLC
7001 West Higgins Avenue
Chicago, IL  60656

MBM
2641 Meadowbrook Rd.
Rocky Mount, NC  27802

Lisa P. Storey, Esq.
Sr. Director, Franchise Counsel
Wendy's/Arby's Group, Inc.
1155 Perimeter Center West, Suite 1200
Atlanta, GA  30338

Vasilios and Petroula Katsi
1644 Sycamore Street
Des Plaines, IL  60018

Alpha Baking Company
5001 W. Polk Street
Chicago, IL  60644

Pepsi-Cola Company
A Division of Pepsico Inc.
P.O. Box 75948
Chicago, IL  60675-5948

Andy Parashos
2700 Crestwood Lane
Riverwoods, IL  60015

Millco Lot 9 Sugar Grove
19 S. LaSalle Street
Suite 1000
Chicago, IL  60603

John Malfas
5011 West 121st Street
Alsip, IL  60803

RIVEC LLC
4007 Landstrom Road
Rockford, IL  61114

The Beil Family Trust
247 Ocean View
Newport Beach, CA  92663

Miyoung Yook
Bank Financial FSB
15W060 North Frontage Road
Burr Ridge, IL 60527

H.I.P. LLC
8901 N. Oleander
Morton Grove, IL 60053

Milco Acquisition Company, LLC
c/o Bobby Miller
19 S. LaSalle St., Suite 1000
Chicago, IL 60603

Brother and Sister Enterp
Attn: Michael Nigro
1109 North Delphia
Park Ridge, IL 60068

McLane Food Service, Inc.
P.O. Box 847535
Dallas, TX 75284

The Office of the United States Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

Eric R. Goodman
Baker & Hostetler LLP
PNC Center 1900 East 9th St., Ste. 3200
Cleveland, OH 44114-3482

Rudy J. Cerone
McGlinchey Stafford, PLLC
601 Poydras St., 6th Floor
New Orleans, LA 70130

Milco-Blackberry Creek
19 S. LaSalle St.
Suite 100
Chicago, IL 60603

Internal Revenue Service
1555 Poydras Street, Suite 220
Stop 31
New Orleans LA 70112

State Dept. of Revenue
P.O. Box 4064
Baton Rouge, LA 70821-4064

Jonathan T. Edwards
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Sarah K. Kam
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
Counselors at Law
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Hank Adams, Assessor
9157 Wicker Ave.
St. John, IN 46373
(Federal Express and US Mail)

Paul G. Karras
Lake County Assessor
2293 N.Main St.
Crown Point, IN 46307
(Federal Express and US Mail)

Randall Guernsey, Assessor
7870 Broadway, Suite C
Merrillville, IN 46410
(Federal Express and US Mail)

Julia Wolek, Assessor
135 N Wisconsin St.
Hobart, IN 46342
(Federal Express and US Mail)

Lake County Treasurer
Building "A", 2nd Floor
2293 N. Main Street
Crown Point, IN 46307
(Federal Express and US Mail)

Deborah Chodos
Attorney At Law
12400 Wilshire Blvd, Suite 400
Los Angeles, CA 90025-1023

Dennis Lamothe
15 Shawnee Trail
P O Box 1768
Graeagle, CA 96103

Elizabeth Gale Leigeber
422 Kristine's Way
Harleysville, PA 19438

Ernest Summers III
2711 Elbridge Way
Long Beach, IN 46360

Edward Summers
6043 West Robin Lane
Glendale, AZ 85310

Edna Moody
360 Quinobequin Road
Newton, MA 02468

Brother And Sister Enterprises
Attention: Michael Nigro
1109 North Delphia
Park Ridge, IL 60068

Michael A. Alesia
1111 Plaza Drive, Ste. 450
Schaumburg, IL 60177

Mitchell D. Weinstein
Chuhak & Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, IL 60606

700 West Lincoln Highway LLC
9839 Southwest Highway
Oak Lawn, IL 60453

Law Offices Of Eugene Propp
19 South Lasalle Street, Ste 1300
Chicago, IL 60603

Cook County Assessor's Office
118 N. Clark Street, Room 320
Chicago, IL 60602
(Federal Express and US Mail)

Cook County Board of Review
118 N. Clark Street, Room 601
Chicago, IL 60602
(Federal Express and US Mail)

Illinois Property Tax Appeal Board (PTAB)
Room 402 Stratton Office Building
401 South Spring Street
Springfield, IL 62706
(Federal Express and US Mail)

Cook County Treasurer's Office
118 N. Clark Street, Suite 112
Chicago, IL 60602
(Federal Express and US Mail)

Dempster-Halem Venture
C/O George Annes
134 N Lasalle St., Suite 1206
Chicago, IL  60602

Neal, Gerber, Eisenberg
Audrey E Selin, Attorney At Law
Two North Lasalle Street
Chicago, IL  60602-3801

1331 West Golf Road Llc
Attention: Basil Tsapralis
526 South Wilke Road
Palatine, IL  60074

Chris Nicholopoulos
8901 Oleander
Morton Grove, IL  60053

4838-9707-7000, v.  1