UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | |
| **MIRACLE RESTAURANT GROUP,** | * | CASE NO. 10-13385 |
| **L.L.C.,** | * | SECTION "B" |
| **DEBTOR** | * | CHAPTER 11 |
| * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that Miracle Restaurant Group, L.L.C., debtor and debtor-in-possession in the captioned case, on January 26, 2011, filed the *Motion For Authority (A) To Enter Into Premium Finance Agreement and (B) To Pay Post-Petition Installments On Insurance Policies.* Copies of the Motion are available from the Clerk of Court for the United States Bankruptcy Court for the Eastern District of Louisiana, via the Court's Document Filing System as explained on the Court's website, or by requesting same from counsel for the Debtor.

PLEASE BE FURTHER ADVISED that a hearing will be held in the United States Bankruptcy Court for the Eastern District of Louisiana, 500 Poydras Street, 7th Floor, Room B-705, New Orleans, Louisiana, on the 16th day of February, 2011, at 9:00 a.m. to consider and rule on said Motion. Any objection to said Motion shall be served on David F. Waguespack and Leann Opotowsky Moses, Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163, no later than 7 days before the hearing.

NEW ORLEANS, LOUISIANA, this 26th day of January, 2011.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading has been sent to: (i) the Debtor; (ii) counsel for the Debtor; (iii) the United States Trustee; (iv) any party asserting that it is a secured creditor in this case through their respective counsel if applicable; (v) the 20 largest unsecured creditors until any official committee for unsecured creditor is formed or to the extent that an official committee is not formed; (vi) Premium Assignment Corporation; (vii) all parties who request notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; and (viii) the Internal Revenue Service by placing same in the United States First Class mail, postage prepaid and properly addressed or via the Court's ECF system this 26th day of January, 2011.

_____/s/ David F. Waguespack_____

MIRACLE RESTAURANT GROUP SERVICE LIST

<u>VIA ECF</u>

Darryl T. Landwehr
dtlandwehr@aol.com

Stephen D. Wheelis
steve@wheelis-rosanski.com

Alan H. Katz
alan.katz@alum.mit.edu

Robert L. LeHane
rlehane@kelleydrye.com
namamoo@kelleydrye.com

Frederic M. Wolfram
eric@wolframlaw.com
wlfpc@wolframlaw.com

Richard A. Aguilar
raguilar@mcglinchey.com
aparnell@mcglinchey.com

Donna Bramlett Wood
dwood@mcsalaw.com

<u>VIA UNITED STATES FIRST CLASS MAIL</u>

Kuykendall Gardner & Laru
1560 Orange Avenue
Suite 750
Winter Park, FL  32789

RJP Properties LLC
7001 West Higgins Avenue
Chicago, IL  60656

Lisa P. Storey, Esq.
Sr. Director, Franchise Counsel
Wendy's/Arby's Group, Inc.
1155 Perimeter Center West, Suite 1200
Atlanta, GA 30338

Vasilios and Petroula Katsi
1644 Sycamore Street
Des Plaines, IL  60018

Alpha Baking Company
5001 W. Polk Street
Chicago, IL  60644

Pepsi-Cola Company
A Division of Pepsico Inc.
P.O. Box 75948
Chicago, IL  60675-5948

Andy Parashos
2700 Crestwood Lane
Riverwoods, IL  60015

Millco Lot 9 Sugar Grove
19 S. LaSalle Street
Suite 1000
Chicago, IL  60603

John Malfas
5011 West 121st Street
Alsip, IL  60803

RIVEC LLC
4007 Landstrom Road
Rockford, IL  61114

MBM
2641 Meadowbrook Rd.
Rocky Mount, NC  27802

Miyoung Yook
Bank Financial FSB
15W060 North Frontage Road
Burr Ridge, IL 60527

H.I.P. LLC
8901 N. Oleander
Morton Grove, IL  60053

Milco Acquisition Company, LLC
c/o Bobby Miller
19 S. LaSalle St., Suite 1000
Chicago, IL  60603

Brother and Sister Enterp
Attn: Michael Nigro
1109 North Delphia
Park Ridge, IL  60068

McLane Food Service, Inc.
P.O. Box 847535
Dallas, TX  75284

The Office of the United States Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

Eric R. Goodman
Baker & Hostetler LLP
PNC Center 1900 East 9th St., Ste. 3200
Cleveland, OH  44114-3482

The Beil Family Trust
247 Ocean View
Newport Beach, CA  92663

Milco-Blackberry Creek
19 S. LaSalle St.
Suite 100
Chicago, IL  60603

Internal Revenue Service
1555 Poydras Street, Suite 220
Stop 31
New Orleans LA 70112

State Dept. of Revenue
P.O. Box 4064
Baton Rouge, LA 70821-4064

Jonathan T. Edwards
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Sarah K. Kam
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY  10178

Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
Counselors at Law
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Premium Assignment Corporation
P.O. Box 3066
Tallahassee, FL  32315

Rudy J. Cerone
McGlinchey Stafford, PLLC
601 Poydras St., 6th Floor
New Orleans, LA  70130

4837-0316-2120, v.  1