UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | * | |
| **MIRACLE RESTAURANT GROUP,** | * | **CASE NO. 10-13385** |
| **L.L.C.,** | * | **SECTION "B"** |
| **DEBTOR** | * | **CHAPTER 11** |
| * * * * * * * * * * * * * * * | * | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that Miracle Restaurant Group, L.L.C., debtor and debtor-in-possession in the captioned case, on April 5, 2011, filed the *First And Final Interim Application For Compensation For Renzi & Associates, Inc. For The Period Of December 2010 Through February 2011* (the "Application"). Copies of the Application are available from the Clerk of Court for the United States Bankruptcy Court for the Eastern District of Louisiana, via the Court's Document Filing System as explained on the Court's website, or by requesting same from counsel for the Debtor.

PLEASE BE FURTHER ADVISED that a hearing will be held in the United States Bankruptcy Court for the Eastern District of Louisiana, 500 Poydras Street, 7th Floor, Room B-705, New Orleans, Louisiana, on the 11th day of May, 2011, at 9:00 a.m. to consider and rule on said Application. Any objection to said Application shall be served on David F. Waguespack and Leann Opotowsky Moses, Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, L.L.C., 1100 Poydras Street, Suite 3100, New Orleans, Louisiana 70163, no later than 7 days before the hearing.

NEW ORLEANS, LOUISIANA, this 5th day of April, 2011.

4847-6974-0809, v. 1