UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:** | * | |
| **MIRACLE RESTAURANT GROUP,** | * | **CASE NO. 10-13385** |
| **L.L.C.,** | * | **SECTION "B"** |
| **DEBTOR** | * | **CHAPTER 11** |
| * * * * * * * * * * * * * * * | * | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *Order Authorizing Debtor To Enter Into Premium Finance Agreement* has been served upon the parties on the attached Exhibit "A" via United States Mail, First Class, postage pre-paid as indicated on this 8th day of April, 2011.

The United States Trustee and parties who requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure received service via the Clerk of Court on April 7, 2011.

CARVER, DARDEN,
KORETZKY, TESSIER, FINN,
BLOSSMAN & AREAUX, LLC


By:_____/s/ Leann O. Moses_____

WILLIAM T. FINN (La. 1359)
DAVID F. WAGUESPACK (La. 21121)
LEANN OPOTOWSKY MOSES (La. 19439)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone:  (504) 585-3800
Telecopier:  (504) 585-3801
Counsel for Miracle Restaurant Group, LLC

EXHIBIT "A" - MIRACLE RESTAURANT GROUP SERVICE LIST

VIA ECF

Darryl T. Landwehr
dtlandwehr@aol.com

Stephen D. Wheelis
steve@wheelis-rosanski.com

Alan H. Katz
alan.katz@alum.mit.edu

Robert L. LeHane
rlehane@kelleydrye.com
namamoo@kelleydrye.com

Frederic M. Wolfram
eric@wolframlaw.com
wlfpc@wolframlaw.com

Richard A. Aguilar
raguilar@mcglinchey.com
aparnell@mcglinchey.com

Donna Bramlett Wood
dwood@mcsalaw.com

Jay W. Hurst
jay.hurst@oag.state.tx.us

John P. Brice
lexbankruptcy@wyattfirm.com

William J. Hurley
whurley@crowleylamb.com

Corey E. Taylor
corey@taylorlawoc.com

Lisa P. Storey, Esq.
Sr. Director, Franchise Counsel
Wendy's/Arby's Group, Inc.
1155 Perimeter Center West, Suite 1200
Atlanta, GA 30338

Vasilios and Petroula Katsi
1644 Sycamore Street
Des Plaines, IL 60018

Alpha Baking Company
5001 W. Polk Street
Chicago, IL 60644

Pepsi-Cola Company
A Division of Pepsico Inc.
P.O. Box 75948
Chicago, IL 60675-5948

Andy Parashos
2700 Crestwood Lane
Riverwoods, IL 60015

Millco Lot 9 Sugar Grove
19 S. LaSalle Street
Suite 1000
Chicago, IL 60603

John Malfas
5011 West 121st Street
Alsip, IL 60803

RIVEC LLC
4007 Landstrom Road
Rockford, IL 61114

The Beil Family Trust
247 Ocean View
Newport Beach, CA 92663

3

<u>VIA UNITED STATES FIRST CLASS MAIL</u>

Kuykendall Gardner & Laru
1560 Orange Avenue
Suite 750
Winter Park, FL 32789

RJP Properties LLC
7001 West Higgins Avenue
Chicago, IL 60656

MBM
2641 Meadowbrook Rd.
Rocky Mount, NC 27802

Miyoung Yook
Bank Financial FSB
15W060 North Frontage Road
Burr Ridge, IL 60527

H.I.P. LLC
8901 N. Oleander
Morton Grove, IL 60053

Milco Acquisition Company, LLC
c/o Bobby Miller
19 S. LaSalle St., Suite 1000
Chicago, IL 60603

Brother and Sister Enterprises
Attn: Michael Nigro
1109 North Delphia
Park Ridge, IL 60068

McLane Food Service, Inc.
P.O. Box 847535
Dallas, TX 75284

The Office of the United States Trustee
400 Poydras Street
Suite 2110
New Orleans, LA 70130

4847-4431-5913, v. 1

Milco-Blackberry Creek
19 S. LaSalle St.
Suite 100
Chicago, IL 60603

Internal Revenue Service
1555 Poydras Street, Suite 220
Stop 31
New Orleans LA 70112

State Dept. of Revenue
P.O. Box 4064
Baton Rouge, LA 70821-4064

Jonathan T. Edwards
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Sarah K. Kam
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
Counselors at Law
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Eugene Propp
P & T LTD.
1660 First Street, #202
Highland Park, IL 60035

Eric R. Goodman
Baker & Hostetler LLP
PNC Center 1900 East 9th St., Ste. 3200
Cleveland, OH 44114-3482

Rudy J. Cerone
McGlinchey Stafford, PLLC
601 Poydras St., 6th Floor
New Orleans, LA 70130